FORM TO BE USED BY A PERSON FILING A PETITION FOR
WRIT OF HABEAS CORPUS UNDER 28 U.S.C. §2254

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Corey L. Woodfolk

3/9/69      #30079-037

P.O. Box 1000, FCI Otisville

Otisville, NY 10963
(Full name, date of birth, identification
number and address of the petitioner)

___ FILED      ___ ENTERED
___ LOGGED    ___ RECEIVED

MAR 26 2012

CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

v.

Civil Action No. JFM-12-934
(Leave blank. To be filled in by Court.)

State of Maryland
(Name of the Warden or other person having
custody of the petitioner)
        and

THE ATTORNEY GENERAL OF THE STATE
OF MARYLAND

## PETITION FOR WRIT OF HABEAS CORPUS

1.   Name and location of the court which entered the judgment/conviction being challenged.

circuit court for Baltimore City, 100 N. Calvert St, 21202

2.   Date of judgment or sentencing.

November 12, 2008

3.   Length of sentence.

10 yrs all suspended but 5 yrs on count one, 5 yrs concurrent on count two, and to 5 yrs supervised probation

4. Nature of offense (all counts).

Attempted Murder and Use of a Handgun in the Commission of a Crime of Violence

5. What was your plea? (check one)

   (a) Not Guilty ☐
   (b) Not Guilty on Agreed Statement of Facts ☐
   (b) Guilty ☒
   (c) Nolo Contendere ☐
   (d) Alford Plea ☐

If you entered different pleas to different counts or charges, explain.

N/A

6. Kind of trial. (check one)

   (a) Jury
   (b) Judge Only     ☐ N/A

7. Did you testify at the trial?

   Yes ☐        No ☐    N/A

8. Did you appeal or seek leave to appeal to the Maryland Court of Special Appeals?

   Yes ☐        No ☒

   If you answered yes, provide the following information:

   A. What grounds did you raise?

   N/A

   B. What was the result?

   N/A

C.  What was the date of the decision by the Court of Special Appeals?

   N/A

9.  Did you file a petition for writ of certiorari to the Maryland Court of Appeals?

    Yes ☐   No ☒   N/A

    If you answered yes, what was the result?

    N/A

    If you answered yes, what was the date of the decision by the Court of Appeals?

    N/A

10. Did you file a petition for writ of certiorari to the United States Supreme Court?

    Yes ☐   No ☒   N/A

    If you answered yes, what was the result?

    N/A

    If you answered yes, what was the date of the decision by the Supreme Court?

    N/A

11. Have you filed any post-conviction petitions challenging this judgment/sentence?

    Yes ☒   No ☐

If you answered yes, provide the following information for each post-conviction petition:

    A.  Name and location of the court where you filed.

        circuit court for Baltimore City, 100 N. Calvert St

    B.  Date the post-conviction petition was filed.

        November 12, 2008

C. What grounds did you raise?

Woodfolk was denied his Sixth Amendment right to the effective assistance of counsel because trial counsel labored under a conflict of interest

D. What was the result?

the petition was denied

E. What was the date of the decision?

February 1, 2011

F. Did you file an application for leave to appeal to the Court of Special Appeals?

Yes ☒    No ☐

G. What was the result?

the application was summarily denied

H. What was the date of the decision by the Court of Special Appeals?

January 26, 2012

I. If the Court of Special Appeals granted your application for leave to appeal but affirmed a decision denying post-conviction relief, did you file a petition for writ of certiorari to the Court of Appeals?

Yes ☐    No ☐    N/A

J. What was the result?

N/A

K. What was the date of the decision by the Court of Appeals?

N/A

12. Have you filed any other actions in any state or federal court challenging the judgment which is the subject of this petition?

    Yes ☐          No ☒

    If you answered yes, provide an explanation of what you filed, where, when, and what the result was.

    _____N/A_____

    _____

    _____

13. Do you CURRENTLY HAVE PENDING in any state or federal court any motion, petition, or appeal concerning the judgment being challenged in this petition?

    Yes ☒          No ☐

    If you answered yes, describe what you filed, when, where, and its current status.

    I filed a motion for reconsideration in the Court of Special
    Appeals on February 23, 2012. The motion is pending.

14. In most cases federal law requires that a habeas corpus petition be filed within one (1) year of the date your conviction became final. The time when a post-conviction petition is pending or on appeal does NOT count towards the one year. 28 U.S.C. § 2244(d). If this petition is being filed more than one year after your conviction became final, explain why it is late and/or why you believe the one year limitations period does not apply.

    _____N/A    See supporting Memorandum, at p.9_____

    _____

    _____

15. State BRIEFLY every ground on which you claim you are being held unlawfully. BRIEFLY summarize the facts supporting each ground. If necessary, you may attach additional pages.

    A.   Ground One   Woodfolk was denied his Sixth Amendment right to
                     the effective assistance of counsel because trial
                     counsel labored under a conflict of interest.

2254 Petition (Rev. 03/2011)                9

Supporting Facts: <u>Woodfolk and a codefendant, Cornelius Langley, hired the same attorney to represent them in a criminal trial. On the day of trial, the attorney told Woodfolk to plead guilty so that Langley could go free.</u>
See supporting Memorandum, at pp.5-9

B. Ground Two: _____N/A_____

Supporting Facts: _____

C. Ground Three: _____N/A_____

Supporting Facts: _____

D. Ground Four: _____N/A_____

Supporting Facts: _____

16. If any of the issues that you are raising in this petition have not been presented to a state court, explain which issues are being raised for the first time and why.

_____N/A_____

17. Do you have any other sentence(s) to be served after you complete the sentence(s)/commitment that is being challenged in this petition?

    Yes ☒      No ☐      I am currently serving a federal sentence

If you answered yes, provide the following information about each of your future sentences:

A. Name and location of the court that imposed the sentence.

    U.S. District Court, District of Maryland, 101 W. Lombard St.

B. Length of the sentence.    50 yrs

C. Have you filed, or do you intend to file, a petition attacking this sentence?

    Yes ☒      No ☐

WHEREFORE, Petitioner prays that the Court grant him all relief to which he may be entitled in this action.

**I DECLARE UNDER THE PENALTIES OF PERJURY THAT THE INFORMATION ABOVE IS TRUE AND CORRECT.**

SIGNED THIS _15th_ day of _March_, _2012_.

    _Corey L. Woodfolk_
    (original signature of petitioner)

    FCI Otisville, P.O. Box 1000,
    Otisville, NY 10963
    (address of petitioner)